Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

JULY 17, 20 08

BRUCE RIFKIN,   Clerk

By _____ Deputy

08-CR-05495-INDI

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

DEBRA BURKE,

        Defendant.

CR08 NO. 5495 RBL

INDICTMENT

The Grand Jury charges that:

**Count 1**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about March 27, 2008, in Kitsap County within the Western District of Washington, DEBRA BURKE did knowingly and intentionally possess with intent to distribute, methamphetamine, a substance controlled under Schedule II, Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense involved at least 50 grams of actual methamphetamine, its salts, isomers and salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

INDICTMENT/BURKE - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

## ALLEGATION OF FORFEITURE

2        Pursuant to Title 21, United States Code, Section 853, the defendant shall forfeit to

3    the United States her interest in any property, real or personal, constituting, or derived

4    from, any proceeds she obtained, directly or indirectly, as the result of the offense charged

5    above and any property used, or intended to be used, in any manner or part, to commit, or

6    to facilitate the commission of such offense to include, but not limited to:

7        a.    $442 in United States currency

8        If any of the forfeitable properties, as a result of any act or omission of the

9    defendant --

10            (1)    cannot be located upon the exercise of due diligence;

11            (2)    has been transferred or sold to, or deposited with, a third party;

12            (3)    has been placed beyond the jurisdiction of the court;

13            (4)    has been substantially diminished in value; or,

14            (5)    has been commingled with other property which cannot be divided

15        without difficulty;

16    //

17    //

18    //

19

20

21

22

23

24

25

26

27

28

INDICTMENT/BURKE - 2

1  it is the intent of the United States, pursuant to Title 21, United States Code,

2  Section 853(p), to seek forfeiture of any other property of the defendant up to the

3  value of the above-described property.

4

5

6  A TRUE BILL
   DATED:  7/17/2008

7  *(Signature of Foreperson redacted pursuant to the policy of the judicial conference.)*

8  _____
   FOREPERSON

9

10

11  _____  for
    JEFFREY C. SULLIVAN

12  United States Attorney

13

14  _____
    DOUGLAS B. WHALLEY

15  Assistant United States Attorney

16

17  _____
    LISCA BORICHEWSKI

18  Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

INDICTMENT/BURKE - 3