Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR08-5495RBL |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| DEBRA BURKE, | [Related to: CR08-105JLR] |
| Defendant. | |

COMES NOW the United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Lisca Borichewski, Assistant United States Attorney, and submits the following notice of related case.

The above-captioned cause is directly related to the criminal case <u>United States v. Jose Manuel Nunez-Maldonado</u>, CR08-105JLR, assigned to United States District Judge James L. Robart. Both cases arise from the same wire tap investigation which involved the interception of 12 telephones. Specifically, during the wire interception, defendant Jose Manuel Nunez-Maldonado was identified as the individual who supplied methamphetamine to defendant Debra Burke. The methamphetamine supplied by Jose Manuel Nunez-Maldonado gave rise the criminal charges against Debra Burke. Accordingly, the United States believes that it would be significantly more efficient to have the related cases assigned to the same District Court Judge.

For the reasons outlined above, the United States respectfully submits that these are "related cases" such that assignment to the same Judge would be in the interests of

Notice of Related Case/CR08-5495RBL - 1
BURKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  judicial economy.  Accordingly, in keeping with Local Criminal Rule 13, W.D. Wash.,
2  the United States respectfully submits this Notice and requests that the Court consent to
3  the assignment both cases to the District Court Judge bearing the earliest filing number,
4  which in this case is Judge James L. Robart.
5       WHEREFORE, we request the Clerk of the Court re-assign <u>United States v. Debra
6  Burke</u>, CR08-5495RBL to Judge Robart.
7       DATED this <u>21st</u> day of July, 2008.

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

*s/ Lisca Borichewski*
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: 206-553-2266
Fax: 206-553-4440
E-mail: <u>Lisca.borichewski@usdoj.gov</u>

Notice of Related Case/CR08-5495RBL - 2
BURKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

*s/Karen Wolgamuth*
KAREN WOLGAMUTH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5050
FAX:   (206) 553-4440
E-mail: karen.wolgamuth@usdoj.gov

Notice of Related Case/CR08-5495RBL - 3
BURKE