HONORABLE JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITES STATES OF AMERICA, | No.: **CR08-5495 JLR** |
|---|---|
| Plaintiff, | |
| vs. | DEEFENDANT'S MOTION TO FILE UNDER SEAL |
| DEBRA BURKE, | |
| Defendant | |

The Defendant, by and through his attorney, Mark D. Mestel, files this Motion to Seal.

The Defendant hereby requests that the Defendant's Sentencing Memorandum which will be filed subsequent to the filing of this Motion, be allowed to remain under seal.

DEFENDANT'S MOTION TO SEAL 1

Law Office of Mark D. Mestel
3221 Oakes Avenue.
Everett WA 98201
Phone: 425-339-2383

DATED this 23RD day of January, 2009.

        Respectfully submitted,

        MARK D. MESTEL, INC., P.S.

        _/s/ Mark D. Mestel_____
        MARK D. MESTEL, WSBA #8350
        Attorney for Defendant

DEFENDANT'S MOTION TO SEAL 2

Law Office of Mark D. Mestel
3221 Oakes Avenue.
Everett WA 98201
Phone: 425-339-2383

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the Defendant.

s/Vianna E. Cady
Vianna E. Cady
Legal Assistant
Mark D. Mestel, Inc., P.S.
3221 Oakes Avenue
Everett, Washington 98201
Phone:  (425) 339-2383
Fax:  (425) 259-2621
Email:  viannacady@yahoo.com

DEFENDANT'S MOTION TO SEAL 3

Law Office of Mark D. Mestel
3221 Oakes Avenue.
Everett WA 98201
Phone: 425-339-2383

HONORABLE JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBRA BURKE,<br><br>Defendant | No.: **CR08-5495 JLR**<br><br>ORDER GRANTING MOTION TO SEAL |

THIS MATTER having come upon the application of the Defendant to file Defendant's Sentencing Memorandum under seal, and the parties having reviewed the relevant pleading and being advised on the premises, NOW THEREFORE,

IT IS ORDERED, ADJUDGED AND DECREED, that the Clerk of the Court, shall file Defendant's Sentencing Memorandum under seal.

ORDER GRANTING MOTION TO SEAL 1

Law Office of Mark D. Mestel
3221 Oakes Avenue,
Everett WA 98201
Phone: 425-339-2383

DONE IN OPEN COURT this _____ day of _____, 2009.

_____
HONORABLE JUDGE RICARDO MARTINEZ

Respectfully submitted,

MARK D. MESTEL, INC., P.S.

*/s/ Mark D. Mestel*
_____
MARK D. MESTEL, WSBA #8350
Attorney for Defendant

ORDER GRANTING MOTION TO SEAL 2

Law Office of Mark D. Mestel
3221 Oakes Avenue.
Everett WA 98201
Phone: 425-339-2383